UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN JEFFREY GOLDSTEIN,<br><br>     Plaintiff,<br><br>v.<br><br>TINYHOOD, INC., and<br><br>SUSAN BEAUDRY BLINN,<br><br>     Defendants. | Civil Action No.: |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

  Plaintiff, Alan Jeffrey Goldstein brings this complaint for copyright infringement against Defendants, Tinyhood, Inc. and Susan Beaudry Blinn for damages and injunctive relief, for the unauthorized copying, use and distribution by the Defendants of a copyrighted and registered photograph. Goldstein alleges that the copying, use and distribution of the photograph by the Defendants is a violation of Goldstein's exclusive rights under the Copyright Act, 17 U.S.C. § 106. In support hereof, Goldstein states as follows:

**The Parties**

  1.  Plaintiff, ALAN V. GOLDSTEIN ("Goldstein") is a professional photographer with an address of 702 Gist Avenue, Silver Spring, Maryland 20910. Goldstein's primary concentration is architectural and interior photography.

2. Defendant TINYHOOD, INC. ("Tinyhood") is a foreign corporation duly organized under the laws of the State of Delaware. Tinyhood was registered with the Massachusetts' Secretary of State as a foreign corportion, having a principal place of business in this Commonwealth, c/o Susan Beaudry Blinn, 215 West Canton Street, Apt. 1, Boston, Suffolk County, Massachusetts 02116.

3. At all times material herto, Tinyhood offered educational programs and online classes for parents and soon to be parents to help guide them through parenthood, with topics ranging from breastfeeding, sleep training, newborn care, and other issues of importance to parents.

4. At all times material hereto, Tinyhood owned and operated the website located at the internet URL, https://www.tinyhood.com (the "Website").

5. Defendant, SUSAN BEAUDRY BLINN (hereinafter, "Blinn"), is an individual and is the President, Treasurer and a Director of Tinyhood. Blinn resides at 215 West Canton Street, Apt. 1, Boston, Suffolk County, Massachusetts 02116.

**Jurisdiction and Venue**

6. This is an action arising under the Copyright Act, 17 U.S.C. § 101 *et seq*.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims herein occurred in this district; Tinyhood and Blinn engaged in copyright infringement in this district; Tinyhood was registered to conduct business in this district; Blinn resides in this district, and both Tinyhood and Blinn are subject to personal jurisdiction in this district.

**The Copyrighted Photograph At Issue**

9. In 2015, Goldstein created the photograph entitled "Bethesda 076_2," which is shown below and is referred to herein as the "Photograph."



10. Goldstein registered the Photograph with the United States Register of Copyrights on November 19, 2015, as part of a group registration. The Group Registration was assigned registration number VAu 1-258-876. A copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

11. At all relevant times, Goldstein was the author and owner of the Photograph at issue in this action.

## COUNT I
**(Copyright Infringement against Tinyhood)**

12.     On a date after the Photograph was created and registered with the U.S. Copyright Office, but prior to the filing of this action, Tinyhood copied the Photograph.

13.     On or about October 7, 2024, Goldstein discovered that Tinyhood copied the Photograph and was using it on the Website without Goldstein's permission or authority in violation of 17 U.S.C. § 501.

14.     After Tinyhood made further copies and distributed the Photograph on the Internet to advertise and promote the sale of goods and its services.

15.     Tinyhood was never licensed or authorized to use or display the Photograph for any purpose.

16.     Tinyhood infringed the copyright of the Photograph as evidenced by the documents attached hereto as **Exhibit 2**.

17.     Tinyhood performed the acts alleged in the course and scope of its business activities.

18.     Defendant's acts were willful.

19.     Goldstein has been damaged.

20.     The harm caused to Goldstein has been irreparable.

21.     Goldstein notified Tinyhood of the allegations set forth herein on October 11, 2024.  To date, the parties have failed to resolve this matter.

## COUNT II
**(Vicarious Copyright Infringement against Blinn)**

22.     Goldstein incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Blinn is vicariously liable for the infringement of the Photograph by Tinyhood because at all times material hereto, she was the President and/or Treasurer as well as a director of Tinyhood, and was the person in charge of its business, and she had an obvious and/or direct financial interest in Tinyhood and its activities, and had the right and ability to supervise the activities of Tinyhood including those of its agents, servants and employees.

24. As a result, Blinn is jointly and severally liable along with Tinyhood for the infringement of Goldstein's copyright to the Photograph, and for Goldstein's damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

## COUNT III
**(Contributory Copyright Infringement against Blinn)**

25. Goldstein incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

26. Blinn is contributorily liable for the infringement of the copyright to the Photograph by Tinyhood because at all times material hereto, she either had actual or constructive knowledge of the infringing activity or knew or had reason to know of the infringing activity, substantially participated in the infringing activity and acted in concert with Tinyhood and induced, caused, materially contributed, encouraged and/or assisted in the infringement or facilitated the infringement.

27. As a result, Blinn is jointly and severally liable along with Tinyhood for the contributory infringement of Goldstein's copyright to the Photograph, and for Goldstein's damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

WHEREFORE, Plaintiff ALAN V. GOLDSTEIN prays for judgment against Defendants TINYHOOD, INC. and SUSAN BEAUDRY BLINN as follows:

a) That Defendants, Tinyhood and Blinn be required to deliver up for impoundment the originals and all copies of the Photograph in all forms whatsoever, which are in their possession or under their control, including all printed copies and all copies in magnetic, electronic and digital format, as well as all copies posted or displayed on any of Defendants' websites and social media pages, and that Defendants be permanently enjoined from using, displaying and distributing said Photograph in the future in any way whatsoever.

b) That Defendants, Tinyhood and Blinn be required to pay to Goldstein such actual damages as he has sustained in consequence of the unauthorized use and infringement of Goldstein's copyright to the Photograph, and to account for all gains, profits and advantages derived by all Defendants from their use and infringement of the Photograph;

c) In lieu of Plaintiffs' actual damages and the profits earned by Defendants, that Defendants be required to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000, or if the Court finds that the infringements were committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000;

d) That Goldstein be awarded his attorneys' fees and costs of suit under 17 U.S.C. § 505;

e) That Goldstein be awarded both pre-judgment and post-judgment interest; and

f) That Goldstein be awarded such other and further relief as the Court deems just and proper.

## **Jury Demand**

Goldstein hereby demands a trial by jury of all issues so triable.

Dated: April 9, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Andrew D Epstein*
　　　　　　　　　　　　　　　　　　ANDREW D EPSTEIN
　　　　　　　　　　　　　　　　　　Bar Number: 155140
　　　　　　　　　　　　　　　　　　Photolaw@aol.com

　　　　　　　　　　　　　　　　　　**ANDREW D. EPSTEIN, ESQ.**
　　　　　　　　　　　　　　　　　　99 Rockland Street
　　　　　　　　　　　　　　　　　　Swampscott, MA 01907
　　　　　　　　　　　　　　　　　　617.272-5700 - Telephone

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Alan V. Goldstein*