# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-258-876

**Effective Date of Registration:**
November 19, 2015

---

## Title

**Title of Work:** Alan Goldstein Photography Goldsteinphoto.com 2015 registration 27464 images

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Alan Jeffrey Goldstein
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1952

## Copyright Claimant

**Copyright Claimant:** Alan Jeffrey Goldstein
702 Gist Avenue, Silver Spring, MD, 20910

## Rights and Permissions

**Name:** Alan Jeffrey Goldstein
**Email:** alan@goldsteinphoto.com
**Telephone:** (301)589-1690
**Alt. Telephone:** (240)350-3330
**Address:** 702 Gist Avenue
Silver Spring, MD 20910

## Certification

**Name:** Alan Jeffrey Goldstein
**Date:** November 17, 2015