UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ALAN JEFFREY GOLDSTEIN,

    Plaintiff,

      v.

TINYHOOD, INC., and
SUSAN BEAUDRY BLINN,

    Defendants.

Case No. 1:25-cv-10866-BEM

## **F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tinyhood, Inc. ("Tinyhood"), though its undersigned attorneys, represents that it is a foreign corporation formed under the laws of the State of Delaware, and that there is no parent corporation, and no publicly traded corporation owns ten percent (10%) or more ownership interest in the company. Should there be any change in the information provided herein, Tinyhood will file a supplemental disclosure.

Dated: May 1, 2025    .

*/s/David R. Suny*
David R. Suny, BBO No. 600326
**McCormack Suny LLC**
100 Cambridge Street, 14th Floor
Boston, MA 02114
(857) 331-6341
dsuny@mccormacksuny.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF) on this 1st day of May, 2025.

*/s/David R. Suny*

David R. Suny, BBO No. 600326

McCormack Suny LLC

dsuny@mccormacksuny.com
